USDC SCAN INDEX SHEET

















```
TKL    3/10/04    11:48
3:01-CR-02075    USA V. OCHOA-GARCIA
*61*
*CRMO.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MARCH 4, 2004

| HON. **BARBARA L. MAJOR** | DEPUTY CLERK: **M.AGUILAR** |
|---|---|

01CR2075-BTM     USA     VS     MARIO OCHOA-GARCIA (1/C/I)

(1): FEDERAL DEFENDERS

AUSA: ESTHER LEMUS

SUPERVISED RELEASE REVOCATION

======================================================================
BLM04-1:2697-2932
Darlene Ricker
~~HOLLY HANOVER~~ RELIEVED
FEDERAL DEFENDERS APPOINTED

DEFT DENIES ALLEGATIONS
COURT FINDS PROBABLE CAUSE

STATUS HEARING SET FOR 03/18/04 AT 9:00AM BEFORE MAGISTRATE JUDGE MAJOR (COURTROOM A)

